IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARMANDO ALAMIA MASCORRO,      §
TDCJ No. 02572301,            §
                             §
          Petitioner,         §
                             §        No. 3:26-cv-1544-D-BN
V.                            §
                             §
DIRECTOR, TDCJ-CID,           §
                             §
          Respondent.         §

## **ORDER**

Petitioner Armando Alamia Mascorro filed this action for federal habeas relief under 28 U.S.C. § 2254. *See* Dkt. No. 1. The case was transferred from the Eastern District of Texas. *See* Dkt. Nos. 4, 5. And Senior United States District Judge Sidney A. Fitzwater referred the case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

Mascorro filed a motion for leave to proceed *in forma pauperis* ("IFP"). *See* Dkt. No. 2. And the undersigned entered findings of fact, conclusions of law, and recommendation that the Court deny the IFP motions and order that Mascorro pay the filing fee (the "FCR"). *See* Dkt. No. 9. And in response, Mascorro paid the filing fee.

Because the filing fee has been paid, the undersigned WITHDRAWS the FCR

[Dkt. No. 9], and the IFP motion [Dkt. No. 2] is TERMINATED as moot.

SO ORDERED.

DATED: June 2, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE